No. 679. J. A. SCRIVEN COMPANY, PETITIONER, *v.* RICE-STIX DRY GOODS COMPANY; No. 680. J. A. SCRIVEN COMPANY, PETITIONER, *v.* THE PREMIUM MANUFACTURING COMPANY; and No. 681. J. A. SCRIVEN COMPANY, PETITIONER, *v.* FERGUSON-

McKinney Dry Goods Company. February 1, 1909. Petitions for writs of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Arthur v. Briesen* for petitioner. *Mr. Montague Lyon* and *Mr. Frederick W. Lehmann* for respondents in Nos. 679 and 680. *Mr. Samuel S. Watson* for respondent in No. 681.